UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
ABID HUSSAIN

CASE NO: 26-21301

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 11

On 10/27/2026, I did cause a copy of the following documents, described below,

Notice of Motion to Extend the Time to File Missing Schedules ECF Docket Reference No. 11

Proposed Order ECF Docket Reference No. 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/27/2026

/s/ David G. Beslow
David G. Beslow

Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017
973-677-9000
vjackson@goldmanlaw.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

ABID HUSSAIN

CASE NO: 26-21301

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 11

On 10/27/2026, a copy of the following documents, described below,

Notice of Motion to Extend the Time to File Missing Schedules ECF Docket Reference No. 11

Proposed Order ECF Docket Reference No. 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow
Goldman & Beslow, LLC
7 Glenwood Avenue
East Orange, NJ 07017

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

AIS PORTFOLIO SERVICES LLC
ATTN AMITKUMAR SHARMA
4515 N SANTA FE AVE APS
OKLAHOMA CITY OK 73118

FIRST CLASS

KML LAW GROUP PC
ATTN MATTHEW FISSEL ESQ
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-21301
DISTRICT OF NEW JERSEY
TUE OCT 27 9-24-23 PST 2026

~~EXCLUDE~~

~~(U)LAKEVIEW LOAN SERVICING LLC~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~MLK JR FEDERAL BUILDING~~
~~50 WALNUT STREET~~
~~NEWARK NJ 07102-3550~~

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
SAN FRANCISCO CA 94108-2716

AMERICAN FIRST FINANCE
3100 OLYMPUS BLVD
COPPELL TX 75019-5472

AMERICAN FIRST FINANCE
ATTN BANKRUPTCY
PO BOX 565848
DALLAS TX 75356-5848

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA GA 30348-5555

ASPIRE CREDIT CARD
PO BOX 105555
ATLANTA GA 30348-5555

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CAPITAL ONE AUTO FINANCE
CAPITAL ONE AUTO FINANCE ATTN BANKRUPT
7933 PRESTON RD
PLANO TX 75024-2302

CAPITAL ONE AUTO FINANCE
CREDIT BUREAU DISPUTE
PLANO TX 75025

CAPITAL ONE AUTO FINANCE A DIVISION OF
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF
CAPITAL ONE NA DEPARTMENT
AIS PORTFOLIO SERVICES LLC
ACCOUNT XXXXXXXXX4950
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CREDIT COLLECTION SERVICES
ATTN BANKRUPTCY
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT COLLECTION SERVICES
PO BOX 607
NORWOOD MA 02062-0607

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193-8872

(P)CREDIT FRESH
200 CONTINENTAL DRIVE SUITE 401
NEWARK DE 19713-4337

~~EXCLUDE~~

~~(D)(P)CREDIT FRESH~~
~~200 CONTINENTAL DRIVE SUITE 401~~
~~NEWARK DE 19713-4337~~

DELWAR HUSSAIN
266 MACDONALD DRIVE
WAYNE NJ 07470-3851

(P)DIGITAL FEDERAL CREDIT UNION
220 DONALD LYNCH BLVD
MARLBOROUGH MA 01752-4708

~~EXCLUDE~~

~~(D)(P)DIGITAL FEDERAL CREDIT UNION~~
~~220 DONALD LYNCH BLVD~~
~~MARLBOROUGH MA 01752-4708~~

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

(P)EQUIFAX INC
1550 PEACHTREE STREET NE
ATLANTA GA 30309

~~EXCLUDE~~

~~(D)(P)EQUIFAX INC~~
~~1550 PEACHTREE STREET NE~~
~~ATLANTA GA 30309~~

EXPERIAN
PO BOX 2002
ALLEN TX 75013-2002

EXPERIAN
PO BOX 4500
ALLEN TX 75013-1311

FST PREMIER
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

KIKOFF
633 FOLSOM ST
SAN FRANCISCO CA 94107-3600

KIKOFF
ATTN BANKRUPTCY
75 BROADWAY SUITE 226
SAN FRANSICO CA 94111-1458

LAKEVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD
MS5251
CORAL GABLES FL 33146-1839

LAKEVIEW LOAN SERVICING CO
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

~~EXCLUDE~~

~~(D)(P)MT BANK~~
~~LEGAL DOCUMENT PROCESSING~~
~~626 COMMERCE DRIVE~~
~~AMHERST NY 14228-2307~~

(P)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

MACYS DSNB
PO BOX 6789
SIOUX FALLS SD 57117-6789

MRCUNITED WHOLESALE M
8950 CYPRESS WATERS
COPPELL TX 75019-4620

NETCREDITRB
175 W JACKSON BLVD
CHICAGO IL 60604-2615

NETCREDITRB
ATTN BANKRUPTCY DEPT
175 W JACKSON BLVD STE 1000
CHICAGO IL 60604-2863

(P)STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

SYNCHRONYASHLEY FURNITURE HOMESTORE
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONYASHLEY FURNITURE HOMESTORE
PO BOX 71757
PHILADELPHIA PA 19176-1757

TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CRUM LYNNE PA 19022

TRANSUNION LLC
2 BALDWIN PLACE
PO BOX 1000
CHESTER PA 19016-1000

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS MN 55480-0393

WELLS FARGO BANK NA
PO BOX 393
MINNEAPOLIS MN 55480-0393

WELLS FARGO DEALER SERVICES
CREDIT BUREAU OPERATIONS ATTN BANKRUPT
MAC D1127-028 PO BOX 71092
CHARLOTTE NC 28272-1092

WELLS FARGO DEALER SERVICES
PO BOX 71092
CHARLOTTE NC 28272-1092

DEBTOR

ABID HUSSAIN
266 MACDONALD DRIVE
WAYNE NJ 07470-3851

DAVID G BESLOW
GOLDMAN BESLOW LLC
7 GLENWOOD AVENUE
SUITE 311B
EAST ORANGE NJ 07017-1064

MARIEANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD NJ 07004-1550