UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000
Attorneys for Debtors,
David G. Beslow, Esq. #DGB-5300

**Order Filed on October 29, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
ABID HUSSAIN

Case Number: 26-21301

Hearing Date: October 27, 2026

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER RE EXTENSION OF TIME
TO FILE SCHEDULES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to November 9, 2026.
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev. 12/1/2025*